O
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIV GROUP, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>          Defendant. | Case No. 2:20-cv-09368-ODW (Ex)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.


**IT IS SO ORDERED.**


April 2, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**