**FILED**

APR 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MOTIV GROUP, INC., | No. 21-55415 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-09368-ODW-E<br>Central District of California,<br>Los Angeles |
| v. | |
| CONTINENTAL CASUALTY COMPANY, | ORDER |
| Defendant-Appellee. | |

Appellant's motion (Docket Entry No. 26) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo